IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JOHN DENTON MYERS,<br><br>      Plaintiff,<br><br>v.<br><br>HOG SLAT, INC.,<br><br>      Defendant. | No. 3:13-cv-03032<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**COME NOW** the parties to this action, by and through their respective undersigned counsel, and stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1) that the above-captioned action is dismissed in its entirety with prejudice, with each party responsible for their own costs and attorneys' fees.


*/s/ Thomas W. Foley*
Thomas W. Foley    AT0002589
Katie Ervin Carlson    AT0008958
BABICH GOLDMAN, P.C.
501 S.W. 7th Street, Suite J
Des Moines, IA 50309
Telephone: 515-244-4300
Facsimile: 515-244-2650
Email: tfoley@babichgoldman.com
Email: kcarlson@babichgoldman.com

ATTORNEYS FOR PLAINTIFF

*/s/ Benjamin P. Roach*
Benjamin P. Roach    AT0006588
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: 515-283-3100
Facsimile: 515-283-3108
Email: bproach@nyemaster.com

ATTORNEYS FOR DEFENDANT

1